UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFREY MICHAEL REYNOLDS (#703637)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 21-182-SDD-RLB

**ORDER**

Before the Court is the petitioner's Motion to Enforce a Response from Louisiana Supreme Court (R. Doc. 21) and Motion to Enforce Response to an Unanswered Claim (R. Doc. 22), wherein the plaintiff requests that this Court force the Louisiana Supreme Court to issue a ruling on his pending writ application. Absent extraordinary circumstances, federal courts may not interfere with ongoing state proceedings. Accordingly,

**IT IS ORDERED** that the petitioner's Motions (R. Docs. 21 and 22) are **DENIED**.

Signed in Baton Rouge, Louisiana, on November 22, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**