## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JEFFREY MICHAEL REYNOLDS (#703637)**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

**CIVIL ACTION**

**NO. 21-182-SDD-RLB**

### ORDER

Before the Court is the petitioner's Motion to Enforce the Court's Order to the Respondent (R. Doc. 42), wherein the petitioner asserts that he has not been provided with the digital portion of the sealed records filed in this matter as ordered on September 30, 2021. The Motion is opposed. *See* R. Doc. 44.

On September 30, 2021, the Court granted the respondents' motion seeking to file certain portions of the state court record under seal. In that Order respondents were ordered to mail a copy of the sealed documents to the petitioner. *See* R. Doc. 13. On May 2, 2022, the petitioner filed a Motion for the Production of Digital Records (R. Doc. 32) asserting that respondents failed to provide him with copies of digital records filed under seal. On August 17, 2022, the petitioner's motion was denied because no digital records had been filed under seal. *See* R. Doc. 37. As explained by the respondents, the record does not contain any digital evidence since the petitioner did not proceed to trial. As such, there is no digital evidence filed in this matter; therefore, there is no digital evidence for the respondents to forward to the petitioner. Accordingly,

**IT IS ORDERED** that the plaintiff's Motion (R. Docs. 42) is **DENIED**.

Signed in Baton Rouge, Louisiana, on July 27, 2023.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**