# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JEFREY MICHAEL REYNOLDS (#703637)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

21-182-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated October 31, 2023, to which an *Objection*[2] and *Objections to the Judges Report, Notice of Intent to Appeal, Motion Requesting Certificate of Appealability and Notice of Intent to File a Writ of Mandamus*[3] were filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed, with prejudice. The petitioner requested a certificate of appealability, which is denied.

Signed in Baton Rouge, Louisiana, on this 1st day of December, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 60.
[2] Rec. Doc. 61.
[3] Rec. Doc. 62.